UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDDIE ABERNATHY          :     CIVIL NO. 3:20-cv-00628-VAB

v.                       :

COMMISSIONER OF          :     March 8, 2023
CORRECTION, ET AL.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of the above-captioned case as to the defendants, with prejudice, and without an award of costs to either party.

PLAINTIFF
Eddie Abernathy

BY: _____
Paula N. Anthony
Littler Mendelson P.C.
265 Church Street, Suite 300
New Haven, CT 06510
Federal Bar #ct08972
E-mail: panthony@littler.com
Tel: (203) 974-8700
Fax: (203) 286-2275

DEFENDANTS
Watson, Marinelli and Vamos

WILLIAM TONG
ATTORNEY GENERAL

BY: _____
Lisamaria T. Proscino
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30588
E-mail: lisamaria.proscino@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

1

## CERTIFICATION

I hereby certify that on March 8, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lisamaria T. Proscino
Lisamaria T. Proscino
Assistant Attorney General